UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GAVIN STEPHEN PHILLIPS,<br><br>  Defendant. | Case No.: 2:18-CR-00228-RCJ-VCF<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 40) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (ECF No. 40[1]) entered on April 29, 2019, recommending that the Court grant the Government's Motion to File Surreply to Defendant's Reply in Support of Motion to Suppress (ECF No. 35); and deny Defendant's Motion to Suppress (ECF No. 25).  No objection to the Report and Recommendation has been filled.

This action was referred to Judge Ferenbach under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Report and Recommendation (ECF No. 40) entered on April 29, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that the Government's Motion to File Surreply to Defendant's Reply in Support of Motion to Suppress (ECF No. 35) is GRANTED.

IT IS FURTHER Defendant's Motion to Suppress (ECF No. 25) is DENIED.

IT IS SO ORDERED.

Dated this 22nd day of May, 2019.

ROBERT C. JONES
Senior District Judge