JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant PHILLIPS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:18-cr-228-JAD-VCF-1 |
| Plaintiff, | ORDER GRANTING SUBSTITUTION |
| v. | |
| GAVIN PHILLIPS, | ECF No. 120 |
| Defendant. | |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that JESS R. MARCHESE'S Substitution of Counsel is granted.

Dated: October 24, 2023.

_____
HONORABLE JENNIFER DORSEY