**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GAVIN PHILLIPS,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00228-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 125 |

　　　　Based on the parties' stipulation, IT IS ORDERED that the Hearing re Revocation of Supervised Release scheduled for November 13, 2023, at 2:30 p.m., is vacated and reset to January 22, 2024, at the hour of 11:00 a.m.

　　　　DATED this 7th day of November, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE