JESS R. MARCHESE, ESQ.
Nevada Bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, Nevada 89106
(702) 385-5377 (P)
marcheselaw@msn.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN PHILLIPS,<br><br>Defendant. | Case No. 2:18-cr-00228-JAD<br><br>**STIPULATION TO CONTINUE SUPERVISED RELEASE HEARING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT KNIEF, Assistant United States Attorney, counsel for the United States of America, and Jess R. Marchese, counsel for defendant GAVIN PHILLIPS, that the revocation hearing currently scheduled for February 27, 2024, at the hour of 10:00 a.m., be vacated and continued to a date and at a time after April 25, 2024.

This Stipulation is entered into for the following reasons:

1. Mr. Phillips currently has a preliminary hearing set for April 25, 2024 on case 23-CR-068863 which is one of main bases in the Government's petition.

2. Both counsels would like to see what transpires with that case first before proceeding on our case.

3. The parties agree to the additional time.

4. The defendant is out of custody and does not object to the continuance.

5. This is the third request for a continuance of the hearing date.

1

Dated:  February 26, 2024

                Respectfully submitted,

                */s/ Jess Marchese*

                JESS R. MARCHESE, ESQ.
                Counsel for Defendant

                JASON M. FRIERSON
                United States Attorney

                */s/ Robert Knief*

                ROBERT KNIEF
                Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00228-JAD |
| Plaintiff, | **ORDER** |
| vs. | |
| GAVIN PHILLIPS, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Phillips currently has a preliminary hearing set for April 25, 2024 on case 23-CR-068863 which is one of main bases in the Government's petition.

2. Both counsels would like to see what transpires with that case first before proceeding on our case.

3. The parties agree to the additional time.

4. The defendant is out of custody and does not object to the continuance.

5. This is the third request for a continuance of the sentencing date.

6. For all of the above-stated reasons, the end of justice would best be served if Defendant's hearing was rescheduled.

///

///

///

///

## **ORDER**

3

IT IS ORDERED that the revocation hearing currently scheduled for 27th day of February at the hour of 10:00 a.m., be vacated and continued to May 28, 2024, at 10:00 a.m.

DATED this 26th day of January 2024.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE