UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00228-JAD |
| Plaintiff, | **ORDER** |
| vs. | |
| GAVIN PHILLIPS, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Phillips has filed a motion to dismiss pursuant to United States vs Duarte. The parties are waiting on a ruling based on a rehearing for that case.

2. The parties agree to the additional time.

3. The defendant is out of custody and does not object to the continuance.

4. This is the fourth request for a continuance of the sentencing date.

5. For all of the above-stated reasons, the end of justice would best be served if Defendant's hearing was rescheduled.

///

///

///

///

**ORDER**

IT IS ORDERED that the revocation hearing currently scheduled for 14th day of June at the hour of 1:30 p.m., be vacated and continued to July 8, 2024, at the hour of 2:00 p.m.

DATED this 17th day of June, 2024.

_____
**HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE**